COURT OF APPEALS

SECOND
DISTRICT OF TEXAS

FORT WORTH

 

NO. 02-09-00396-CR 

 


 
 
 Roberto Aguilar
 
 
  
 
 
 APPELLANT
  
 
 
 
 
 V.
  
 
 
 
 
 The State of Texas
 
 
  
 
 
 STATE 
 
 


 

------------

 

FROM THE
90th District Court OF YOUNG COUNTY

------------

MEMORANDUM OPINION[1]
AND JUDGMENT

----------

          We have considered the appellant’s AMotion
To Dismiss Appeal.@  The motion complies with rule 42.2(a) of the
rules of appellate procedure.  See Tex. R. App. P. 42.2(a).  No decision of this court having been
delivered before we received this motion, we grant the motion and dismiss the
appeal.  See Tex. R. App. P. 42.2(a), 43.2(f).

                                                                   PER
CURIAM

PANEL: 
MEIER, J.; LIVINGSTON, C.J.; and DAUPHINOT, J.

 

DO NOT PUBLISH

Tex. R. App. P. 47.2(b)

                                                              

DELIVERED:  July 22, 2010











[1]See Tex. R. App. P. 47.4.